TJT:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No. _____

DEC 7

**IN RE: GRAND JURY 00-01 FTL**     )
_____ )
                                    )

## ORDER TO SEAL

This cause comes before the Court on the Government's Motion to Seal. Considering the grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order in the above-captioned matter shall be sealed (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) and shall remain sealed in the custody of the Clerk of the Court until such time as the first defendant is arrested.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 7th day of December, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:     AUSA Terrence J. Thompson

