DEC 2 0 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                    Case No: 00-6343-CR-ZLOCH

LINDON JOHNSON, ET AL                    /

### O R D E R

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT.

UPON ~~ORAL motion of the government in open court~~ that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of December, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE