AO 442 (Rev. 12/85) Warrant for Arrest　AUSA TERRENCE J. THOMPSON　　DEA S/A Doug McElwain 489-1889

# United States District Court

SOUTHERN DISTRICT OF FLORIDA　527540

UNITED STATES OF AMERICA

V.

LINDON JOHNSON

**WARRANT FOR ARREST**

CASE NUMBER: **00-6343**

CR-ZLOCH
MAGISTRATE JUDGE

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest　　LINDON JOHNSON
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment　　☐ Information　　☐ Complaint　　☐ Order of court　　☐ Violation Notice　　☐ Probation Violation Petition

charging him or her with (brief description of offense)　Conspiracy to possess with intent to distribute and possession with intent to distribute cocaine, crack cocaine, and marijuana

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/07/2000 | James A. Tassone, USM SD/FL | Ed Purchase, SDUSM |
| DATE OF ARREST 12/22/2000 | | |

20