DEC 22 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55596-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-6343 CR Zloch
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Lindon Johnson )
Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12/22/00 — 9:00 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 841(a)(1) — Poss. W/ Intent to Dist. Coc.
                         846 — Consp. to Dist. Coc.

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 8/27/70

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint   To be filed/Already filed
    Case# CR-00-6343 CR-Zloch

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: South. Dist. of FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] Yes [X] No

Amount of Bond: $ PTD
Who set Bond:

(7) Remarks: None

(8) Date: 12/22/00   (9) Arresting Officer: McElwain
(10) Agency: DEA        (11) Phone: 489-1880
(12) Comments:

22