COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | LINDON JOHNSON (J) | CASE NO: | 00-6343-CR-Zloch |
| AUSA: | Terry Thompson by Roger Stefin | ATTNY: | |
| AGENT: | | VIOL: | 21:846 |
| PROCEEDING: | I/A - Indictment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: CJA - David Joffe

____ BOND SET @ 

CO-SIGNATURES:

FILED by ___ D.C.
DEC 2 2 2000
S. DIST. S.E. FLA./FT. LAUD.

SPECIAL CONDITIONS: Detained in FDC,

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 12/28/00 | 9:30 a.m. | Seltzer |
| PRELIM/ARRAIGN. OR REMOVAL: | 12/28/00 | 9:30 a.m. | Seltzer |
| STATUS CONFERENCE: | | | |

DATE: DECEMBER 22, 2000    TIME: 11:30 A.M.    TAPE # 00-101    PG # 31-274

23