UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCHz

UNITED STATES OF AMERICA

vs

LINDON JOHNSON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on DECEMBER 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:    Address: *Custody*

Telephone: _____

DEFENSE COUNSEL:   Name: DAVID JOFFE, ESQ. (CJA)

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ PTD Ordered

Bond hearing held: yes _X_  no ___   Bond hearing set for _____

Dated this 28TH day of DECEMBER, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *Denny Butler*
Deputy Clerk

Tape No. 00-101

cc: Copy for Judge
    U. S. Attorney