## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | LINDON JOHNSON (J) #55596-004 | CASE NO: | 00-6343-CR-ZLOCH |
| AUSA: | TERRY THOMPSON /pres | ATTY: | DAVID JOFFE, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD/ARRAIGNMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes/ no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by DEC 2 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't proceeded by proffer - Jenks material handed over to defense. S/A Troy Mihok sworn for cross

PTD ordered

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No tapes or transcripts

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 1-17 | 11 | BSS | |

DATE: 12/28/00   TIME: 10:00   FTL/BSS TAPE # 00 - /C/   Begin: 1862   End: 3036

36