UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LINDON JOHNSON,

    Defendant.
_____/

### NOTICE OF APPEARANCE

DAVID J. JOFFE, ESQUIRE, hereby enters his permanent appearance as attorney of record for the Defendant, LINDON JOHNSON.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this ____ day of December, 2000, to:

TERRENCE J. THOMPSON, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida  33301

                Respectfully submitted,

                DAVID J. JOFFE, P.A.
                Attorney for Defendant
                2900 Bridgeport Avenue
                Suite 401
                Coconut Grove, Florida  33133
                (305) 446-5886

                By_____
                DAVID J. JOFFE, ESQUIRE
                FLORIDA BAR NO. 0814164