**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6343-CR-ZLOCH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs | ) |
| **LINDON JOHNSON,** | ) |
| **MOSI GRANT,** | ) |
| **RICKY MOTEN, and** | ) |
| **TAMEKA JOHNSON** | ) |
| Defendants. | ) |

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney DANA WASHINGTON.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: A5500063
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3516
Facsimile: (954) 356-7336
E-Mail:TERRENCE.THOMPSON@justice.usdoj.gov

cc: DEA Troy Mihok



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this __19th__ day of January,

2001 to:

David Joffe, Esq.
2900 Bridgeport Ave, #401
Coconut Grove, Fl 33133

Ana Maria Jhones, Esq.
330 Biscayne Blvd.
Miami, FL 33132-2255

Robert Berube, AFPD
101 NE 3rd Avenue, 201
Fort Lauderdale, FL 33301

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd, #9
Coral Gables, FL 33134

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY