UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DKTG
MAR 0 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6343-Cr-Zloch     DATE: 3-9-01
CLERK: Carline Newiby     REPORTER: Carl Schanzleh
PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA v. Linden Johnson, Moni Grant, Ricky Moten, Tameka Johnson

U. S. ATTORNEY: Dana Washington     DEFT COUNSEL: David Joffe, ...na Flores, Jan MASR. Ari, Emmanuel Perez

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING: Calendar Call

RESULT OF HEARING: Deft Grant's motn to Continue granted. All time excluded until trial actually commences —

JUDGMENT: _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC: 3-4 Custody

70