UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

LINDON JOHNSON, MOSI GRANT,
RICKY MOTEN and TAMEKA
JOHNSON,

       Defendants.

_____/

FILED by _____ D.C.

MAR 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendant, Mosi Grant's Motion To Continue Trial based upon the need of counsel for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Mosi Grant's Motion To Continue Trial be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of March 12, 2001 and is hereby reset for the trial calendar commencing on Monday, April 9, 2001, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is

hereby set for Friday, April 6, 2001, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, March 7, 2001, through and including April 9, 2001, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this  12th  day of March, 2001.

*[signature]*

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Dana Washington, Esq., AUSA
For Plaintiff

David J. Joffe, Esq.
For Defendant, Lindon Johnson

Robert N. Berube, Esq., AFPD
For Defendant, Mosi Grant

Ana M. Jhones, Esq.
For Defendant, Ricky Moten

Emmanuel Perez, Esq.
For Defendant, Tameka Johnson