**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6343-CR-ZLOCH**



UNITED STATES OF AMERICA

     V.                             NOTICE

LINDON JOHNSON

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                                          COURTROOM A
299 E. BROWARD BLVD.                            DATE & TIME:
FT. LAUDERDALE, FL 33301                        April 3, 2001 at 10:00 AM

**CHANGE OF PLEA   -   COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                            CLARENCE MADDOX
                                            CLERK OF COURT

                                            BY DEPUTY CLERK

DATE: March 22, 2001

cc:
Dana Washington, Esq., AUSA
David Joffe, Esq.

