UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
APR 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6343-CR-Zloch   DATE: 4-3-01
CLERK: Carline Newley   REPORTER: Kim Masfun
PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA v. Linden Johnson

U. S. ATTORNEY: Dana Washington   DEFT COUNSEL: David Joffe

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING: Change of Plea to Count 1

RESULT OF HEARING: Deft entered a plea of guilty to Count 1

JUDGMENT: Court accepted Plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 6-21-01   TIME 10:00   FOR Sentencing

MISC: Written Plea Agreement

78