UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LINDON JOHNSON,

    Defendant.
_____/

### NOTICE OF FILING

Defendant, LINDON JOHNSON, by and through undersigned counsel, David J. Joffe, files the attached letter from Doreen Ray dated May 16, 2001, to be considered by this Court for all permissible purposes including sentencing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this _13th_ day of June, 2001, to:

DANA O. WASHINGTON, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394

                Respectfully submitted,

                DAVID J. JOFFE, P.A.
                Attorney for Defendant
                2900 Bridgeport Avenue
                Suite 401
                Coconut Grove, Florida 33133
                (305) 446-5886

                By_____
                DAVID J. JOFFE, ESQUIRE
                FLORIDA BAR NO. 0814164

7933 RAMONA STREET

MIRAMAR FL, 33023

MAY 16th 2001

TO: JUDGE WILLIAM ZLOCH
FEDERAL COURTS
2 ND FLOOR

**GOOD DAY TO YOU JUDGE WILLIAM ZLOCH. MY NAME IS DOREEN RAY. I AM THE MOTHER OF LINDON JOHNSON 555-96-004 WHO IS IN CUSTODY CHARGED WITH CONSPIRACY TO DISTRIBUTE COCAINE.**

JUDGE ZLOCH, AS WE ALL KNOW THAT CHILDREN GET INTO TROUBLE SOME OF THE TIME WHETHER THEY ARE YOUNG OR OLD.

YOUR HONOUR, MY SON LINDON IS MY LAST CHILD WHO IS VERY GOOD TO ME, HE IS MY VERY BEST FRIEND SOMEONE WHO I CAN TALK WITH WHENEVER I AM DEPRESSED NO MATTER WHAT THE SITUATION MAY BE. HE IS THE TYPE OF CHILD WHO GIVES GOOD REASONING WHEN NECESSARY AND IS ALWAYS WILLING TO LEND A HELPING HAND WITH GOOD INTENTIONS.

JUDGE ZLOCH, AS YOU KNOW MY SON LINDON JONHSON 555-96-004 WILL BE APPEARING BEFORE YOU ON JUNE 21st 2001, JUDGE ZLOCH I AM ASKING YOU, I AM PLEADING AND BEGGING YOU TO GO LENIENT ON MY SON AS I SAID BEFORE HE IS NOT A BAD CHILD.

JUDGE ZLOCH I AM PLEADING TO YOU WITH HOPE AND TRUST THAT YOU CAN HELP MY SON LINDON WITH A LENIENT SENTENCE OR PROBATION.
JUDGE ZLOCH WITH YOUR PERMISSION I ASK IF I COULD SPEAK TO YOU IN PERSON IN COURT. THANKS TO YOU VERY MUCH FOR YOUR MOST KIND COOPERATOIN IN THIS MATTER.

SIGN: DOREEN RAY
MOTHER OF
LINDON JOHNSON
555-96-004