UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUN 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6343-CR-Zloch    DATE 6-21-01
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION Debra Pratt    INTERPRETER _____

UNITED STATES OF AMERICA v. Linda Johnson

U.S. ATTORNEY Dana Washington    DEFT COUNSEL David Joffe

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 168 months custody of BOP - 5 yrs supervised release. $100 assess mnt - Spec Cnds - Upon completion of confinement be surrendered for Removal Proceedings. If Removed NOT Re-enter w/o prior approval of A.G.. New Reporting if deported - Submit to search

JUDGMENT

CASE CONTINUED TO _____    TIME _____    FOR _____
of personal property - Joffe appointed
MISC for appeal -
Cts 2 & 3 dismissed -

105