FILING FEE
PAID
In Forma
Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

LINDON JOHNSON,

  Defendant.
_____/

### NOTICE OF APPEAL

NOTICE is hereby given that Defendant, LINDON JOHNSON, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and sentence entered in this action on June 21, 2001 by the Honorable William J. Zloch, United States District Court Judge.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this 22 day of June, 2001, to:

OFFICE OF THE UNITED STATES ATTORNEY
Appeals Division
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida  33301

                              Respectfully submitted,

                              DAVID J. JOFFE, P.A.
                              Attorney for Defendant
                              2900 Bridgeport Avenue
                              Suite 401
                              Coconut Grove, Florida  33133
                              (305) 446-5886

                              By_____
                                 DAVID J. JOFFE, ESQUIRE
                                 FLORIDA BAR NO. 0814164