UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


THE UNITED STATES OF AMERICA, )
                              )        CASE NUMBER
            PLAINTIFF,         )     00-6343-CR-ZLOCH
                              )
        VS.                   )
                              )
LINDON JOHNSON,               )        THIS VOLUME:
                              )        PAGES 1 - 19
            DEFENDANT.         )
_____)


TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE

WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON THURSDAY, JUNE 21, 2001, IN THE ABOVE-STYLED

MATTER.



APPEARANCES:

FOR THE GOVERNMENT:    DANA WASHINGTON, A.U.S.A.

FOR THE DEFENDANT:    DAVID J. JOFFE, ESQ.



CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**