```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                                                 FILED by ____ D.C.
                                                   CT. REP.
 3                       FORT LAUDERDALE DIVISION    AUG 13 2001

 4                                                 CLARENCE MADDOX
                                                   CLERK U.S. DIST. CT.
                                                   S.D. OF FLA. MIAMI
 5
     UNITED STATES OF AMERICA,         CASE NO. 00-6343-CR-ZLOCH
 6
            Plaintiff,                 Fort Lauderdale, FLorida
 7                                     April 3, 2001
        v.
 8
     LINDON JOHNSON,
 9
            Defendant.
10   _____X

11

12

13
                    Transcript of change of plea
14              before the Honorable William J. Zloch,
                     United States District Judge.
15

16   APPEARANCES:

17   FOR THE GOVERNMENT:    DANA WASHINGTON, A.U.S.A.

18   FOR THE DEFENDANT:     DAVID JOFFE, ESQ.

19
     KIMBERLY V. MESFUN, RPR
20   OFFICIAL COURT REPORTER
     301 N. Miami Avenue, Room 396
21   Miami, Florida  33128-7788
     (305) 523-5631
22

23

24   Proceedings recorded by mechanical stenography, transcript
     produced by notereading.
25
```

**TRANSCRIPT NOT SCANNED**

PLEASE REFER TO COURT FILE