UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS　　　　Date: September 7, 2001
Eleventh Judicial Circuit　　　　　　USDC # 00-6343-CR-WJZ
56 Forsyth Street　　　　　　　　　　USCA # 01-13587-D
Atlanta, Georgia   30303

IN RE: **USA v. Lindon Johnson**

==============================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

　　　　_1_ Volume of Pleadings
　　　　_2_ Volumes of Transcripts

　　　　_X_ Exhibits:

　　　　　　_1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
　　　　　Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
　　　Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                          BSS    APPEAL
                          U.S. District Court
              Southern District of Florida (FtLauderdale)

              CRIMINAL DOCKET FOR CASE #: 00-CR-6343-ALL

USA v. Johnson, et al                                  Filed: 12/08/00
Dkt# in other court: None

Case Assigned to: Judge William J. Zloch

LINDON JOHNSON (1), DOB:        David Jonathon Joffe
8/27/1970                       [term  06/22/01]
Prisoner#: 55596-004            FTS 446-5856
    defendant                   [COR LD NTC cja]
  [term  06/22/01]              David J. Joffe
                                2900 Bridgeport Avenue
                                Suite 401
                                Coconut Grove, FL 33133
                                305-446-5886


Pending Counts:                      Disposition

21:846=CD.F CONSPIRACY          Imprisoned for a total term of
DISTRIBUTE CONTRL SUBST:        168 months.  Supervised
Conspiracy    to PWID crack     Release for a term of five
cocaine                         years.  Assessment of $100
(1)                             (1)


Offense Level (opening): 4


Terminated Counts:                   Disposition

21:841G=MD.F MARIJUANA -        Dismissed on the motion of the
SELL/DISTRIBUTE/DISPENSE: PWID  United States
marijuana                       (2)
(2)

21:841B=CD.F CONTROLLED SUBST   Dismissed on the motion of the
SELL/DISTR/DISPENSE: PWID       United States
crack cocaine                   (3)
(3)


Offense Level (disposition): 4
```



```
Complaints:


Docket as of September 6, 2001 12:28 pm
```

```
Proceedings include all events.                              BSS
0:00cr6343-ALL USA v. Johnson, et al                         APPEAL

     NONE


========================

Case Assigned to:  Judge William J. Zloch

MOSI GRANT (2) , DOB:              Robert Norman Berube
07/12/1978                          [term  06/22/01]
Prisoner#: 55595-004               FTS 356-7556
    defendant                      [COR LD NTC pda]
 [term  06/22/01]                  Public Defender
                                    [term  12/26/00]
                                   FTS 356-7556
                                   [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   1 E Broward Boulevard
                                   Suite 1100
                                   Fort Lauderdale, FL 33301
                                   954-356-7436


Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY             Imprisoned for a total term of
DISTRIBUTE CONTRL SUBST:           151 months.  Supervised
Conspiracy    to PWID crack        Release for a term of five
cocaine                            years.  Assessment of $100
(1)                                (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:841B=CD.F CONTROLLED SUBST      Dismissed ont the motion of the
SELL/DISTR/DISPENSE: PWID          United States
crack cocaine                      (3)
(3)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Docket as of September 6, 2001 12:28 pm              Page 2
```

```
Proceedings include all events.                                    BSS
0:00cr6343-ALL USA v. Johnson, et al                               APPEAL


Case Assigned to:  Judge William J. Zloch

RICKY MOTEN (3) , DOB:              Ana Maria Jhones
10/28/1972                          [term  06/22/01]
Prisoner#: 16488-058                FTS 374-3414
   defendant                        305-374-4919
 [term  06/22/01]                   Suite 625
                                    [COR LD NTC cja]
                                    330 Biscayne Boulevard
                                    Miami, FL 33132


Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY              72 months imprisonment, 3 years
DISTRIBUTE CONTRL SUBST:            supervised release, and
Conspiracy   to PWID crack          $100.00 assessment
cocaine                             (1)
(1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:841B=CD.F CONTROLLED SUBST       Dismissed
SELL/DISTR/DISPENSE: PWID           (3)
crack cocaine
(3)


Offense Level (disposition): 4




Complaints:

    NONE


=======================
```

```
Proceedings include all events.                        BSS
0:00cr6343-ALL USA v. Johnson, et al                   APPEAL

Case Assigned to:  Judge William J. Zloch

VINCENT HAUGHTON (4)
     defendant


Pending Counts:                     Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST:
Conspiracy   to PWID crack
cocaine
(1)

21:841G=MD.F MARIJUANA -
SELL/DISTRIBUTE/DISPENSE: PWID
marijuana
(2)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE


==========================
```

```
Proceedings include all events.                                    BSS
0:00cr6343-ALL USA v. Johnson, et al                               APPEAL

Case Assigned to:  Judge William J. Zloch

TAMEKA JOHNSON (5) , DOB:        Emmanuel Perez
06/25/1979                       [term  07/05/01]
Prisoner#: 55594-004             FTS 441-9218
    defendant                    305-442-7442
 [term  07/05/01]                Suite 920
                                 [COR LD NTC cja]
                                 2121 Ponce de Leon Boulevard
                                 Coral Gables, FL 33134-5222


Pending Counts:                          Disposition

21:846=CD.F CONSPIRACY           Imprisonment 12 months and 1
DISTRIBUTE CONTRL SUBST:         day; Supervised Release 60
Conspiracy   to PWID crack       months; Assessment $100.00
cocaine                          (1)
(1)


Offense Level (opening): 4


Terminated Counts:                       Disposition

21:841B=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE: PWID
crack cocaine
(3)


Offense Level (disposition): 4



Complaints:

    NONE
```

```
Proceedings include all events.                                          BSS
0:00cr6343-ALL USA v. Johnson, et al                                     APPEAL

LINDON JOHNSON, DOB: 8/27/1970 Prisoner#: 55596-004

          defendant


========================

MOSI GRANT, DOB: 07/12/1978 Prisoner#: 55595-004

          defendant


========================

RICKY MOTEN, DOB: 10/28/1972 Prisoner#: 16488-058

          defendant


========================

VINCENT HAUGHTON

          defendant


========================

TAMEKA JOHNSON, DOB: 06/25/1979 Prisoner#: 55594-004

          defendant


========================

USA

          plaintiff


U. S. Attorneys:

  Terrence Thompson, AUSA
   [term  01/19/01]
  FTS 356-7228
  954-356-7306
  [COR LD NTC]
  Dana Washington, AUSA
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7255

Docket as of September 6, 2001 12:28 pm                     Page 6
```

Proceedings include all events.                                    BSS
0:00cr6343-ALL USA v. Johnson, et al                               APPEAL

```
PTS Officer
FTS 769-5669
954-769-5600
[COR LD NTC]
Pretrial Services Office
299 E Broward Boulevard
Suite 301
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500
```

```
Proceedings include all events.                                    BSS
0:00cr6343-ALL USA v. Johnson, et al                               APPEAL

12/7/00   1      MOTION by USA  as to Lindon Johnson, Mosi Grant, Ricky
                 Moten, Vincent Haughton, Tameka Johnson to sealindictment
                 until arrest of first defendant. (dd) [Entry date 12/08/00]

12/7/00   2      ORDER as to Lindon Johnson, Mosi Grant, Ricky Moten,
                 Vincent Haughton, Tameka Johnson  granting [1-1] motion to
                 seal indictment until arrest of first defendant as to
                 Lindon Johnson (1), Mosi Grant (2), Ricky Moten (3),
                 Vincent Haughton (4), Tameka Johnson (5) ( Signed by
                 Magistrate Judge Lurana S. Snow on 12/7/00) CCAP [EOD Date:
                 12/8/00] CCAP  (dd) [Entry date 12/08/00]      Beg. vol. 1

12/7/00  (3)     SEALED INDICTMENT as to  Lindon Johnson (1) count(s) 1, 2,
                 3, Mosi Grant (2) count(s) 1, 3, Ricky Moten (3) count(s)
                 1, 3, Vincent Haughton (4) count(s) 1, 2, Tameka Johnson
                 (5) count(s) 1, 3 (Criminal Category 1) (dd)
                 [Entry date 12/08/00]

12/7/00   --     Magistrate identification: Magistrate Judge Barry S.
                 Seltzer (dd) [Entry date 12/08/00]

12/7/00   4      ARREST WARRANT issued as to Mosi Grant .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 PTD Requested (dd) [Entry date 12/08/00]

12/7/00   5      ARREST WARRANT issued as to Ricky Moten .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 PTD Requested (dd) [Entry date 12/08/00]

12/7/00   6      ARREST WARRANT issued as to Vincent Haughton .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 PTD Requested (dd) [Entry date 12/08/00]

12/7/00   7      ARREST WARRANT issued as to Tameka Johnson .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 PTD Requested (dd) [Entry date 12/08/00]

12/7/00  (8)     ARREST WARRANT issued as to Lindon Johnson .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 PTD Requested (dd) [Entry date 12/08/00]

12/13/00  --    ARREST of Ricky Moten (ss) [Entry date 01/05/01]

12/20/00 (9)     ORDER as to Lindon Johnson to Unseal Case ( Signed by
                 Magistrate Barry S. Seltzer on 12/20/00) CCAP [EOD Date:
                 12/21/00] CCAP  (lh) [Entry date 12/21/00]

12/20/00  --     Indictment unsealed as to Lindon Johnson, Mosi Grant, Ricky
                 Moten, Vincent Haughton, Tameka Johnson (lh)
                 [Entry date 12/21/00]

12/20/00  10     REPORT Commencing Criminal Action as to Mosi Grant  DOB:
                 7/12/78  Prisoner # 55595-004 (lh) [Entry date 12/21/00]
```

```
Proceedings include all events.                                      BSS
0:00cr6343-ALL USA v. Johnson, et al         vol.1 Cont          APPEAL

12/20/00  11     REPORT Commencing Criminal Action as to Tameka Johnson
                 DOB: 6/25/79  Prisoner # 55594-004 (lh)
                 [Entry date 12/21/00]

12/20/00  12     Minutes of initial appearance held on 12/20/00  before
                 Magistrate Barry S. Seltzer as to Mosi Grant ;   Court
                 Reporter Name or Tape #: 00-099 530 (lh)
                 [Entry date 12/21/00]

12/20/00  13     Minutes of initial appearance held on 12/20/00  before
                 Magistrate Barry S. Seltzer as to Tameka Johnson ;  Court
                 Reporter Name or Tape #: 00-099 530 (lh)
                 [Entry date 12/21/00]

12/20/00  14     ORDER on Initial Appearance as to Tameka Johnson
                 Arraignment set for 10:00 12/26/00 for Tameka Johnson ;
                 Detention hearing set for 10:00 12/26/00 for Tameka Johnson
                 ;,  ( Signed by Magistrate Barry S. Seltzer on
                 12/20/00) Tape # 00-099 CCAP (lh) [Entry date 12/21/00]

12/20/00  15     ORDER on Initial Appearance as to Mosi Grant,for
                 Appointment of Public Defender  Detention hearing set for
                 10:00 12/28/00 for Mosi Grant ;, ,   ( Signed by
                 Magistrate Barry S. Seltzer  on 12/20/00)  Tape # 00-099
                 CCAP (lh) [Entry date 12/21/00]

12/20/00  16     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Mosi Grant   Status conference set for 11:00 1/4/01
                 for Mosi Grant    before Magistrate Judge Lurana S. Snow (
                 Signed by Magistrate Barry S. Seltzer on 12/20/00) CCAP
                 [EOD Date: 12/21/00]   CCAP (lh) [Entry date 12/21/00]

12/20/00  17     STANDING DISCOVERY ORDER as to Mosi Grant    all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Barry
                 S. Seltzer on 12/20/00)  CCAP (lh) [Entry date 12/21/00]

12/22/00  18      Arrest WARRANT Returned Executed as to Tameka Johnson on
                 12/19/00 (lh) [Entry date 12/22/00]

12/22/00  19      Arrest WARRANT Returned Executed as to Mosi Grant on
                 12/19/00 (lh) [Entry date 12/22/00]

12/22/00  20      Arrest WARRANT Returned Executed as to Lindon Johnson on
                 12/22/00 (lh) [Entry date 12/22/00]

12/22/00  --     ARREST of Lindon Johnson (lh) [Entry date 12/22/00]

12/22/00  21     ORDER on Initial Appearance as to Lindon Johnson
                 Detention hearing set for 9:30 12/28/00 for Lindon Johnson ;
                 , ,  ( Signed by Magistrate Barry S. Seltzer  on
                 12/22/00)  Tape # 00-101 CCAP (lh) [Entry date 12/22/00]
```

```
Proceedings include all events.                              BSS
0:00cr6343-ALL USA v. Johnson, et al                         APPEAL
                                               Vol. 1 cont

12/22/00 (22)    REPORT Commencing Criminal Action as to Lindon Johnson
                 DOB: 8/27/1970  Prisoner # 55596-004 (lh)
                 [Entry date 12/22/00]

12/22/00 (23)    Minutes of initial appearance held on 12/22/00  before
                 Magistrate Barry S. Seltzer as to Lindon Johnson ;  Court
                 Reporter Name or Tape #: 00-101 pg# 31-274 (lh)
                 [Entry date 12/22/00] [Edit date 12/22/00]

12/26/00  24     NOTICE of Assignment of Assistant Public Defender for Mosi
                 Grant . Terminated attorney Public Defender for Mosi Grant
                 AFPD Robert Norman Berube assigned. (dp)
                 [Entry date 12/26/00]

12/26/00  25     DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                 Mosi Grant (dp) [Entry date 12/26/00]

12/26/00  26     Request for disclosure of expert witness summaries by Mosi
                 Grant (dp) [Entry date 12/26/00]

12/26/00  27     Minutes of pretrial detention/arraignment held on 12/26/00
                 before Magistrate Judge Lurana S. Snow as to Tameka Johnson
                 ;  Court Reporter Name or Tape #: 00-101/274 (dp)
                 [Entry date 12/26/00]

12/26/00  28     ARRAIGNMENT INFORMATION SHEET for Tameka Johnson (5)
                 count(s) 1, 3   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (dp) [Entry date 12/26/00]

12/26/00  --     ARREST of Tameka Johnson (dp) [Entry date 12/26/00]

12/26/00  29     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Tameka Johnson    Status conference set for 11:00
                 1/17/01 for Tameka Johnson    before Magistrate Barry S.
                 Seltzer ( Signed by Magistrate Barry S. Seltzer on
                 12/26/00) CCAP [EOD Date: 12/27/00]   CCAP (dp)
                 [Entry date 12/27/00]

12/26/00  30     STANDING DISCOVERY ORDER as to Tameka Johnson    all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Barry
                 S. Seltzer on 12/26/00)  CCAP (dp) [Entry date 12/27/00]

12/26/00  31     CJA 20 as to Tameka Johnson : Appointment of Attorney
                 Emmanuel Perez ( Signed by Magistrate Barry S. Seltzer  on
                 12/26/00 nunc pro tunc 12/20/00) (dp) [Entry date 12/27/00]

12/26/00 (32)    CJA 20 as to Lindon Johnson : Appointment of Attorney David
                 Jonathon Joffe ( Signed by Magistrate Barry S. Seltzer  on
                 12/26/00 nunc pro tunc 12/21/0) (dp) [Entry date 12/27/00]

12/28/00 (33)    ARRAIGNMENT INFORMATION SHEET for Lindon Johnson (1)
                 count(s) 1, 2, 3   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (lh) [Entry date 12/29/00]
```

```
Proceedings include all events.                                    BSS
0:00cr6343-ALL USA v. Johnson, et al                              APPEAL
```
vol. 1 cont.

| Date | # | Entry |
|---|---|---|
| 12/28/00 | 34 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Lindon Johnson   Status conference set for 11:00 1/17/01 for Lindon Johnson   before Magistrate Barry S. Seltzer ( Signed by Magistrate Barry S. Seltzer on 12/28/00)   CCAP [EOD Date: 12/29/00]   CCAP (lh) [Entry date 12/29/00] |
| 12/28/00 | 35 | STANDING DISCOVERY ORDER as to Lindon Johnson   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 12/28/00)   CCAP (lh) [Entry date 12/29/00] |
| 12/28/00 | 36 | Minutes of Pretrial Detention hearing] held on 12/28/00 before Magistrate Barry S. Seltzer as to Lindon Johnson ; Court Reporter Name or Tape #: 00-101 1862-3036 (lh) [Entry date 12/29/00] |
| 12/28/00 | 37 | Minutes of PTD Hearing held on 12/28/00   before Magistrate Barry S. Seltzer as to Mosi Grant ;   Court Reporter Name or Tape #: 00-101 1862-1962 (lh) [Entry date 12/29/00] |
| 12/29/00 | 38 | ORDER OF DETENTION as to Lindon Johnson ( Signed by Magistrate Barry S. Seltzer on 12/28/00)   CCAP (lh) [Entry date 01/02/01] |
| 1/2/01 | 39 | Rule 40 Documents as to Ricky Moten received from Charlotte, North Carolina (lh) [Entry date 01/02/01] |
| 1/2/01 | -- | ARREST of Ricky Moten in Charlotte, North Carolina (lh) [Entry date 01/02/01] |
| 1/3/01 | 40 | Arrest WARRANT Returned Executed as to Ricky Moten on 12/13/00 (ss) [Entry date 01/05/01] |
| 1/4/01 | 41 | RESPONSE to Standing Discovery Order by USA   as to Mosi Grant (lh) [Entry date 01/08/01] |
| 1/5/01 | 42 | NOTICE of Appearance for Lindon Johnson by Attorney David J. Joffe (lh) [Entry date 01/08/01] |
| 1/5/01 | 43 | STATUS REPORT ORDER as to Mosi Grant  . ( Signed by Magistrate Judge Lurana S. Snow on 1/5/01) CCAP [EOD Date: 1/8/01]   CCAP (lh) [Entry date 01/08/01] |
| 1/5/01 | 44 | RESPONSE to Standing Discovery Order by USA   as to Tameka Johnson (lh) [Entry date 01/08/01] |
| 1/5/01 | 45 | RESPONSE to Standing Discovery Order by USA   as to Lindon Johnson (lh) [Entry date 01/08/01] |
| 1/17/01 | 46 | Minutes of status conference held on 1/17/01   before Magistrate Judge Lurana S. Snow as to Tameka Johnson ; Court Reporter Name or Tape #: 01-005 @1124 (lh) |

```
Proceedings include all events.                                    BSS
0:00cr6343-ALL USA v. Johnson, et al                               APPEAL
                [Entry date 01/18/01]                    vol. 1 Cont.
```

| Date | No. | Description |
|---|---|---|
| 1/17/01 | -- | Status conference as to Tameka Johnson  held (lh) [Entry date 01/18/01] |
| 1/18/01 | 47 | REPORT Commencing Criminal Action as to Ricky Moten  DOB: 10/28/1972  Prisoner # 16488-058 (lh) [Entry date 01/19/01] |
| 1/18/01 | 48 | Minutes of I/A on Indictment held on 1/18/01  before Magistrate Judge Lurana S. Snow as to Ricky Moten ;  Court Reporter Name or Tape #: 01-006 227-383 (lh) [Entry date 01/19/01] |
| 1/18/01 | 49 | ORDER on Initial Appearance as to Ricky Moten  Arraignment set for 9:30 1/23/01 for Ricky Moten ; Detention hearing set for 9:30 1/23/01 for Ricky Moten ;  before Magistrate Barry S. Seltzer, , ( Signed by Magistrate Judge Lurana S. Snow  on 1/18/01)  Tape # 01-006 CCAP (lh) [Entry date 01/19/01] |
| 1/19/01 | 50 | CJA 20 as to Ricky Moten : Appointment of Attorney Ana Maria Jhones ( Signed by Magistrate Judge Lurana S. Snow on 1/19/01) (lh) [Entry date 01/22/01] |
| 1/19/01 | 51 | NOTICE of Reassignment of US Attorney. Terminated attorney Terrence Thompson for USA Added Dana Washington (lh) [Entry date 01/22/01] |
| 1/19/01 | 52 | NOTICE of Appearance for Ricky Moten by Attorney Ana M. Jhones (lh) [Entry date 01/22/01] |
| 1/19/01 | 53 | RESPONSE to Standing Discovery Order by USA  as to Ricky Moten (lh) [Entry date 01/22/01] |
| 1/19/01 | 54 | STATUS REPORT ORDER as to Tameka Johnson  . ( Signed by Magistrate Judge Lurana S. Snow on 1/19/01) CCAP [EOD Date: 1/22/01]  CCAP (lh) [Entry date 01/22/01] |
| 1/23/01 | 55 | ARRAIGNMENT INFORMATION SHEET for Ricky Moten (3) count(s) 1, 3   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (lh) [Entry date 01/24/01] |
| 1/23/01 | 56 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Ricky Moten   Status conference set for 11:00 2/7/01 for Ricky Moten   before Magistrate Judge Lurana S. Snow ( Signed by Magistrate Barry S. Seltzer on 1/23/01) CCAP [EOD Date: 1/24/01]  CCAP (lh) [Entry date 01/24/01] |
| 1/23/01 | 57 | STANDING DISCOVERY ORDER as to Ricky Moten   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 1/23/01)  CCAP (lh) [Entry date 01/24/01] |

```
Proceedings include all events.                                          BSS
0:00cr6343-ALL USA v. Johnson, et al         vol.1 Cont.                 APPEAL
```

| Date | # | Description |
|---|---|---|
| 1/23/01 | 58 | Minutes of arraignment/PTD hearing held on 1/23/01 before Magistrate Barry S. Seltzer as to Ricky Moten ; Court Reporter Name or Tape #: 01-002/01-003 2803-3633, 1-580 (lh) [Entry date 01/24/01] |
| 1/24/01 | 59 | ORDER OF DETENTION as to Ricky Moten ( Signed by Magistrate Barry S. Seltzer on 1/23/01) CCAP (lh) [Entry date 01/25/01] |
| 2/6/01 | 60 | NOTICE of Hearing as to Lindon Johnson, Mosi Grant, Ricky Moten, Tameka Johnson : setting calendar call for 9:00 3/9/01 for Lindon Johnson, for Mosi Grant, for Ricky Moten, for Tameka Johnson before Judge William J. Zloch, Jury trial for 3/12/01 for Lindon Johnson, for Mosi Grant, for Ricky Moten, for Tameka Johnson (lh) [Entry date 02/07/01] |
| 2/6/01 | 61 | ORDER RE: Trial Instructions as to Vincent Haughton ( Signed by Judge William J. Zloch on 2/6/01) CCAP [EOD Date: 2/7/01] CCAP (lh) [Entry date 02/07/01] |
| 2/6/01 | 62 | Minute order that Defendant is transferred to fugitive status as to Vincent Haughton (lh) [Entry date 02/07/01] |
| 2/7/01 | 63 | REVISED NOTICE of Appearance for Ricky Moten by Attorney Ana M. Jhones (lh) [Entry date 02/08/01] |
| 2/7/01 | 64 | Minutes of Status Conference held on 2/7/01 before Magistrate Judge Lurana S. Snow as to Ricky Moten ; Court Reporter Name or Tape #: 01-010 (2109-2180) (lh) [Entry date 02/08/01] |
| 2/7/01 | -- | Status conference as to Ricky Moten held (lh) [Entry date 02/08/01] |
| 2/8/01 | 65 | SUPPLEMENT by USA as to Tameka Johnson to: [44-1] order response (lh) [Entry date 02/09/01] |
| 2/9/01 | 66 | STATUS REPORT ORDER as to Ricky Moten . ( Signed by Magistrate Judge Lurana S. Snow on 2/9/01) CCAP [EOD Date: 2/12/01] CCAP (lh) [Entry date 02/12/01] |
| 3/7/01 | 67 | Proposed Jury Instructions by USA as to Lindon Johnson, Mosi Grant, Ricky Moten, Vincent Haughton, Tameka Johnson (lh) [Entry date 03/08/01] |
| 3/8/01 | 68 | MOTION by Mosi Grant to continue trial (lh) [Entry date 03/09/01] |
| 3/8/01 | 69 | NOTICE of Expert Testimony by USA as to Lindon Johnson, Mosi Grant, Ricky Moten, Vincent Haughton, Tameka Johnson (lh) [Entry date 03/09/01] |

```
Proceedings include all events.                                    BSS
0:00cr6343-ALL USA v. Johnson, et al            vd.1 cont         APPEAL
```

| Date | No. | Description |
|---|---|---|
| 3/9/01 | 70 | Minutes of calendar call held on 3/9/01 before Judge William J. Zloch as to Lindon Johnson, Mosi Grant, Ricky Moten, Tameka Johnson ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 03/12/01] |
| 3/12/01 | 71 | ORDER as to Lindon Johnson, Mosi Grant, Ricky Moten, Tameka Johnson granting [68-1] motion to continue trial as to Mosi Grant (2) terminated deadlines, resetting Jury trial for 9:30 4/9/01 for Lindon Johnson, for Mosi Grant, for Ricky Moten, for Tameka Johnson, calendar call for 9:00 4/6/01 for Lindon Johnson, for Mosi Grant, for Ricky Moten, for Tameka Johnson, to Continue in Interest of Justice ( Signed by Judge William J. Zloch on 3/12/01) CCAP [EOD Date: 3/13/01] CCAP※ (lh) [Entry date 03/13/01] |
| 3/21/01 | 72 | NOTICE of Hearing as to Ricky Moten : set Change of Plea Hearing for 1:30 3/26/01 for Ricky Moten (lh) [Entry date 03/22/01] |
| 3/22/01 | 73 | NOTICE of Hearing as to Lindon Johnson: Set Change of Plea Hearing for 10:00 4/3/01 for Lindon Johnson before Judge William J. Zloch (ss) [Entry date 03/23/01] |
| 3/26/01 | 74 | Plea Agreement as to Ricky Moten (lh) [Entry date 03/27/01] |
| 3/26/01 | 75 | Minutes of change of plea hearing held on 3/26/01 before Judge William J. Zloch as to Ricky Moten ; GUILTY: Ricky Moten (3) count(s) 1  Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 03/27/01] |
| 3/26/01 | 76 | NOTICE of Hearing as to Ricky Moten : setting Sentencing for 11:00 6/22/01 for Ricky Moten (lh) [Entry date 03/27/01] |
| 4/3/01 | 77 | Plea Agreement as to Lindon Johnson (lh) [Entry date 04/04/01] |
| 4/3/01 | 78 | Minutes of change of plea hearing held on 4/3/01 before Judge William J. Zloch as to Lindon Johnson ; GUILTY: Lindon Johnson (1) count(s) 1  Court Reporter Name or Tape #: Kim Mesfun (lh) [Entry date 04/04/01] |
| 4/3/01 | 79 | NOTICE of Hearing as to Lindon Johnson : setting Sentencing for 10:00 6/21/01 for Lindon Johnson (lh) [Entry date 04/04/01] |
| 4/5/01 | 80 | MOTION by Ricky Moten to continue sentencing (lh) [Entry date 04/06/01] |
| 4/5/01 | 81 | ORDER as to Ricky Moten  granting [80-1] motion to continue sentencing as to Ricky Moten (3)  resetting Sentencing for 9:39 6/21/01 for Ricky Moten ( Signed by Judge William J. Zloch on 4/5/01) CCAP [EOD Date: 4/6/01] CCAP※ (lh) [Entry date 04/06/01] |

Proceedings include all events.  
0:00cr6343-ALL USA v. Johnson, et al

Vol. 1 Cont.

BSS APPEAL

| Date | No. | Description |
|---|---|---|
| 4/5/01 | 82 | NOTICE of Hearing as to Mosi Grant : set Change of Plea Hearing for 9:30 4/9/01 for Mosi Grant (lh) [Entry date 04/06/01] |
| 4/6/01 | 83 | Minutes of calendar call held on 4/6/01 before Judge William J. Zloch as to Mosi Grant, Tameka Johnson ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 04/09/01] |
| 4/9/01 | 84 | Proposed Voir Dire Questions by USA as to Tameka Johnson (lh) [Entry date 04/10/01] |
| 4/9/01 | 85 | Plea Agreement as to Mosi Grant (lh) [Entry date 04/10/01] |
| 4/9/01 | 86 | Minutes of change of plea hearing held on 4/9/01 before Judge William J. Zloch as to Mosi Grant ; GUILTY: Mosi Grant (2) count(s) 1  Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 04/10/01] |
| 4/9/01 | 87 | NOTICE of Hearing as to Mosi Grant : setting Sentencing for 10:30 6/21/01 for Mosi Grant (lh) [Entry date 04/10/01] |
| 4/10/01 | 88 | Proposed Jury Instructions by Tameka Johnson (lh) [Entry date 04/11/01] |
| 4/10/01 | 89 | Minutes of trial held on 4/10/01 before Judge William J. Zloch as to Tameka Johnson ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 04/11/01] |
| 4/10/01 | -- | Voir dire begun as to Tameka Johnson (5) count(s) 1, 3 (lh) [Entry date 04/11/01] |
| 4/11/01 | 90 | Court's Jury instructions as to Tameka Johnson (lh) [Entry date 04/12/01] |
| 4/11/01 | 91 | Minutes of trial held on 4/11/01 before Judge William J. Zloch as to Tameka Johnson ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 04/12/01] |
| 4/12/01 | 92 | JURY VERDICT as to Tameka Johnson Guilty: Tameka Johnson (5) count(s) 1, and Not Guilty: Tameka Johnson (5) count(s) 3 (lh) [Entry date 04/13/01] |
| 4/12/01 | 93 | Exhibit and Witness List as to Tameka Johnson (lh) [Entry date 04/13/01] |
| 4/12/01 | 94 | Exhibit and Witness List as to Tameka Johnson (lh) [Entry date 04/13/01] |
| 4/12/01 | 95 | Minutes of trial - deliberations held on 4/12/01 before Judge William J. Zloch as to Tameka Johnson ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 04/13/01] |

Proceedings include all events.  
0:00cr6343-ALL USA v. Johnson, et al

BSS  
APPEAL

vol. 1 cont

| Date | # | Description |
|---|---|---|
| 4/12/01 | 96 | NOTICE of Hearing as to Tameka Johnson : setting Sentencing for 11:00 6/22/01 for Tameka Johnson (lh) [Entry date 04/13/01] |
| 6/1/01 | 97 | MOTION by Tameka Johnson to extend time to file objections to psi (lh) [Entry date 06/04/01] |
| 6/7/01 | 98 | OBJECTION by Ricky Moten to Presentence Investigation Report (lh) [Entry date 06/08/01] |
| 6/7/01 | 99 | SUBMISSION OF CHARACTER REFERENCE LETTERS FOR PURPOSES OF SENTENCING by Ricky Moten (lh) [Entry date 06/08/01] |
| 6/14/01 | (100) | NOTICE of filing attached letter from Doreen Ray by Lindon Johnson (lh) [Entry date 06/14/01] |
| 6/18/01 | 101 | MOTION by USA as to Ricky Moten for downward departure (lh) [Entry date 06/19/01] |
| 6/19/01 | 102 | ORDER as to Tameka Johnson granting [97-1] motion to extend time to file objections to psi as to Tameka Johnson (5) ( Signed by Judge William J. Zloch on 6/19/01) CCAP [EOD Date: 6/20/01] CCAP (lh) [Entry date 06/20/01] |
| 6/21/01 | 103 | Minutes of sentencing held on 6/21/01 before Judge William J. Zloch as to Ricky Moten ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 06/22/01] |
| 6/21/01 | 104 | Minutes of sentencing' held on 6/21/01 before Judge William J. Zloch as to Mosi Grant ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 06/22/01] |
| 6/21/01 | (105) | Minutes of sentencing held on 6/21/01 before Judge William J. Zloch as to Lindon Johnson ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 06/22/01] |
| 6/21/01 | -- | Sentencing held Mosi Grant (2) count(s) 1 (lh) [Entry date 06/25/01] |
| 6/21/01 | -- | Sentencing held Lindon Johnson (1) count(s) 1 (lh) [Entry date 06/25/01] |
| 6/21/01 | -- | Sentencing held Ricky Moten (3) count(s) 1 (lh) [Entry date 06/25/01] |
| 6/22/01 | 106 | OBJECTION by Tameka Johnson to Presentence Investigation Report (lh) [Entry date 06/25/01] |
| 6/22/01 | 107 | Minutes of sentence held on 6/22/01 before Judge William J. Zloch as to Tameka Johnson ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 06/25/01] |

Proceedings include all events.                                        BSS
0:00cr6343-ALL USA v. Johnson, et al                                   APPEAL

Vol. 1 cont.

| | | |
|---|---|---|
| 6/22/01 | 108 | JUDGMENT as to Mosi Grant (2) count(s) 1. Imprisoned for a total term of 151 months. Supervised Release for a term of five years. Assessment of $100 , Mosi Grant (2) count(s) 3. Dismissed ont the motion of the United States ( Signed by Judge William J. Zloch on 6/22/01) CCAP [EOD Date: 6/25/01] CCAP (lh) [Entry date 06/25/01] |
| 6/22/01 | (109) | JUDGMENT as to Lindon Johnson (1) count(s) 1. Imprisoned for a total term of 168 months. Supervised Release for a term of five years. Assessment of $100 , Lindon Johnson (1) count(s) 2, 3 . Dismissed on the motion of the United States  ( Signed by Judge William J. Zloch on 6/22/01) [EOD Date: 6/25/01]  CCAP (lh) [Entry date 06/25/01] |
| 6/22/01 | 110 | JUDGMENT as to Ricky Moten (3) Count 1: 72 months imprisonment, 3 years supervised release, and $100.00 assessment. Count(s) 3: Dismissed (Signed by Judge William J. Zloch on 6/22/01) [EOD Date: 6/25/01] CCAP (dr) [Entry date 06/25/01] |
| 6/25/01 | (111) | NOTICE OF APPEAL by Lindon Johnson re: [109-1] judgment order  EOD Date: 6/25/01; Lindon Johnson (1) count(s) 1; Filing Fee: $ NO FEE REQUIRED - CJA Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 06/25/01] |
| 6/25/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Lindon Johnson [111-1] appeal (gf) [Entry date 06/25/01] |
| 6/26/01 | 112 | MOTION by Tameka Johnson for downward departure (lh) [Entry date 06/28/01] |
| 7/5/01 | 113 | Minutes of Sentencing held on 7/5/01 before Judge William J. Zloch as to Tameka Johnson; Court Reporter Name or Tape #: Carl Schenzleh (ss) [Entry date 07/06/01] |
| 7/5/01 | -- | Sentencing held Tameka Johnson (5) count(s) 1 (ss) [Entry date 07/06/01] |
| 7/5/01 | 114 | JUDGMENT as to Tameka Johnson (5) count(s) 1. Imprisonment 12 months and 1 day; Supervised Release 60 months; Assessment $100.00 (Signed by Judge William J. Zloch on 7/5/01) [EOD Date: 7/6/01] CCAP (ss) [Entry date 07/06/01] |
| 7/5/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Lindon Johnson  Re: [111-1] appeal  USCA Number: 01-13587-D (dl) [Entry date 07/06/01] |
| 7/11/01 | 115 | TRANSCRIPT filed as to Lindon Johnson  of Sentencing held 6/21/01  before Judge Zloch  Pages: 1 - 19  re: [111-1] appeal . Appeal record due on 7/26/01 for Lindon Johnson (lh) [Entry date 07/12/01] |

vol. 3

```
Proceedings include all events.                                BSS
0:00cr6343-ALL USA v. Johnson, et al          vol. 1 cont. APPEAL
```

| Date | Doc # | Description |
|---|---|---|
| 7/16/01 | 116 | TRANSCRIPT INFORMATION FORM as to Lindon Johnson re: [111-1] áppeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 07/17/01] |
| 7/23/01 | 117 | Appeal Information Sheet as to Lindon Johnson re: [111-1] appeal. Sentencing Transcript held on 6/21/01 was filed on 7/11/01. (gp) [Entry date 07/25/01] |
| 7/26/01 | 118 | Judgment Returned Executed as to Tameka Johnson on 7/24/01 at FDC-Miami, FLorida (lh) [Entry date 07/27/01] |
| 8/10/01 | 119 | Judgment Returned Executed as to Ricky Moten on 7/23/01 at ATL at BUF (lh) [Entry date 08/10/01] |
| 8/13/01 | 120 | TRANSCRIPT filed as to Lindon Johnson of change of plea hearing held 4/3/01 before Judge Zloch Pages: 1 - 30 re: [111-1] appeal . Appeal record due on 8/28/01 for Lindon Johnson (lh) [Entry date 08/14/01]   vol. 2 |
| 8/23/01 | 121 | Judgment Returned Executed as to Lindon Johnson on 8/13/01 at Federal Correctional Institute, Forrest City (ss) [Entry date 08/24/01] |
| 8/23/01 | 122 | Judgment Returned Executed as to Mosi Grant on 8/13/01 at Federal Correctional Institute, Forrest City (ss) [Entry date 08/24/01] |
| 9/6/01 | 123 | Certificate of readiness transmitted to USCA as to Lindon Johnson re: [111-1] appeal by Lindon Johnson USCA # 01-13587-D (dl) [Entry date 09/06/01] |

End. vol. 1