AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Lindon Johnson ) | Case No: 00-6343-CR-ZLOCH |
| ) | USM No: 55596-004 |
| Date of Previous Judgment: 06/22/2001 ) | Lindon Johnson (pro se) |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168 months__ months is **reduced to** __135 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35                Amended Offense Level: 33
Criminal History Category: I              Criminal History Category: I
Previous Guideline Range: 168 to 210 months   Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant Lindon Johnson's Motion For Sentence Reduction (DE 126) is hereby GRANTED as set forth herein.
Defendant Lindon Johnson's Motion For Sentence Reduction (DE 127) is hereby DENIED as moot.

Except as provided above, all provisions of the judgment date __06/22/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/24/2008

*/s/ William J. Zloch*

Effective Date: _____
(if different from order date)

WILLIAM J. ZLOCH - United States District Judge
Printed name and title